UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHRISTIAN SANCHEZ, *on behalf of himself and all others similarly situated*,

         Plaintiff,

-against-

KOVELS' ANTIQUES, INC.,

         Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/2022

1:21-cv-4031 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  On December 1, 2021, the Parties wrote to the Court noting their intention to file a notice dismissal within 30 days. To date, no such notice has been filed. The Parties are hereby **ORDERED** to submit a joint status report addressing the progress of settlement discussions. Such submission should be made by **February 17, 2022**.

**SO ORDERED.**

Dated: February 3, 2022
    New York, New York

                 _____
                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**