**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | | |
|---|---|---|
| **CHRISTIAN SANCHEZ**, *on behalf of himself and all others similarly situated*, | : | |
| | : | |
| Plaintiff, | : | 1:21-cv-4031 (ALC) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| **KOVELS' ANTIQUES, INC.**, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/4/2022

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated:  April 4, 2022**
        **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**